## CRISMAN v. STATE. (No. 7643.)

(Court of Criminal Appeals of Texas. Feb. 14, 1923.)

Criminal law ⬱1144(17)—Where no bills of exception or statement of facts, court will presume facts justified heaviest penalty.

On appeal from a conviction for burglary, the Court of Criminal Appeals will presume the existence of facts to justify assessing the heaviest penalty permitted upon conviction for ordinary burglary, where no bills of exception nor statement of facts appeared.

Appeal from District Court, Grayson County; F. E. Wilcox, Judge.

Albert Crisman was convicted of burglary, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon conviction for burglary, punishment was assessed against appellant at 12 years in the penitentiary.

No bills of exception appear in the record, and no statement of facts accompanies the transcript. Nothing is before us for review. Notwithstanding the heaviest penalty permitted upon conviction for ordinary burglary was assessed against appellant, we must presume the facts justified it.

The judgment must be affirmed.

## CRISMAN v. STATE. (No. 7644.)

(Court of Criminal Appeals of Texas. Feb. 14, 1923.)

Appeal from District Court, Grayson County; F. E. Wilcox, Judge.

A. Crisman was convicted of theft, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Grayson county of theft, and his punishment fixed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment sufficiently charges an offense, and the instructions of the court seem to be in accordance with law. The judgment will be affirmed.

## CRISMAN v. STATE. (No. 7645.)

(Court of Criminal Appeals of Texas. Feb. 14, 1923.)

Criminal law ⬱1144(½, 17)—Everything presumed in favor of correctness of judgment and regularity of proceedings, where no bills of exception nor statement of facts.

On appeal everything must be presumed in favor of the correctness of judgment and regu-larity of the proceedings, where there were no bills of exception nor statement of facts.

Appeal from District Court, Grayson County; F. E. Wilcox, Judge.

Albert Crisman pleaded guilty of burglary, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon his plea of guilty to burglary, appellant's punishment was assessed at two years in the penitentiary.

Notwithstanding the plea of guilty, the record is before us on appeal. No statement of facts and no bills of exception appear.

Everything must be presumed in favor of the correctness of the judgment and the regularity of the proceedings.

The judgment is affirmed.

## CRISMAN v. STATE. (No. 7646.)

(Court of Criminal Appeals of Texas. Feb. 14, 1923.)

Appeal from District Court, Grayson County; F. E. Wilcox, Judge.

A. Crisman was convicted of theft, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for theft; punishment fixed at confinement in the penitentiary for a period of two years.

We find neither statement of facts nor bills of exceptions; nor is there any fundamental error revealed by the record.

The judgment is affirmed.